Frank GOOD et al., Appellants,

v.

Andy REYNOLDS, Appellee.

Court of Appeals of Kentucky.

Nov. 16, 1956.

L. C. Farley, Pikeville, for appellants.

Henry Stratton, Pikeville, for appellees.

PER CURIAM.

This case is before us on motion for an appeal under KRS 21.080, and the only question at issue is a one-tenth undivided interest in real estate worth approximately $1,000.

We have reviewed the record, and conclude that the judgment is correct.

The motion for an appeal is overruled and the judgment is affirmed.